JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ISIS BEY, an individual<br><br>　　　Plaintiff,<br>　vs.<br><br>EDSELL BEASLEY, an individual,<br><br>　　　Defendant. | Case No.: CV12 02878-R (JCx)<br><br>Assigned to Courtroom: 8<br>The Hon. Manuel L. Real<br><br>**ORDER OF DISMISSAL**<br><br>JS-6<br><br>Action Commenced: April 2, 2012<br>Trial Date: March 5, 2013<br>Discovery Cut-Off: January 15, 2013 |

**IT IS SO ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated: September 4, 2012

　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　　　　　United States District Judge